ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -9 AM 11:16

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DANIEL W. TAYLOR, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CV 315-064 |
| | ) | |
| CHARLES PANNELL, JR., | ) | |
| Federal Judge; LINDA T. WALKER, | ) | |
| Federal Judge; JON F. HELTON, | ) | |
| State Judge; DONALD W. GILLIS, | ) | |
| State Judge; FNU FLANDERS, State Judge; | ) | |
| CYNTHIA BECKER, State Judge; | ) | |
| MICHAEL D. JOHNSON, State Judge; | ) | |
| TODD MARKLE, State Judge; | ) | |
| KIMBERLY E. ADAMS, State Judge; | ) | |
| GREGORY ADAMS, State Judge; | ) | |
| BRAD HOOKS, Warden; and NATHAN | ) | |
| DEAL, Governor, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 3), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he

must initiate a new lawsuit, which would require submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 9th day of September, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE