# United States District Court
## Southern District of Georgia

DANIEL W. TAYLOR,

    Plaintiff,

                                          JUDGMENT IN A CIVIL CASE

V.                             CASE NUMBER: CV315-064

CHARLES PANNELL, JR.; LINDA T. WALKER; JON F. HELTON; DONALD W. GILLIS; FNU FLANDERS; CYNTHIA BECKER; MICHAEL D. JOHNSON; TODD MARKLE; KIMBERLY E. ADAMS; GREGORY ADAMS; BRAD HOOKS; and NATHAN DEAL,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 9, 2015, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this action is DISMISSED without prejudice and stands CLOSED.



September 9, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk